# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 6, 2016

No. 14-4894,   US v. Glenn Adkins, Jr.
3:12-cr-00259-RJC-DCK-1

TO:   Richard H. Tomberlin

**FORM DUE:** 03/07/2016

Rehearing having been denied in this case, please file the **Certiorari Status Form** (form available at this link) by the due date shown above.

Lisa McFarland, Deputy Clerk
804-916-2744